FORM CACB (od13i–VAN–161) (06/2011)

## United States Bankruptcy Court
## Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 STATUS CONFERENCE [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Hanh Hoang

**BANKRUPTCY NO.**  6:14–bk–16530–WJ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–3159
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 5/28/14

**Address:**
31941 Camino Rabago
Temecula, CA 92592

Pursuant to the court's findings and conclusions made at the status conference in this case,

IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3) pursuant to Bankruptcy Code Sections 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: May 28, 2014

BY THE COURT,
**Wayne E. Johnson**
United States Bankruptcy Judge